CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Trenton)
# CIVIL DOCKET FOR CASE #: 3:23−cv−01385−ZNQ−RLS

BEER et al v. EXACTECH, INC. et al  
Assigned to: Judge Zahid N. Quraishi  
Referred to: Magistrate Judge Rukhsanah L. Singh  
Cause: 28:1332 Diversity−Product Liability  

Date Filed: 03/13/2023  
Date Terminated: 04/20/2023  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**JOSEF BEER**  represented by  **ELLEN RELKIN**
WEITZ & LUXENBERG
220 LAKE DRIVE EAST
SUITE 210
CHERRY HILL, NJ 08002
(856) 755−1115
Fax: 856−755−1995
Email: erelkin@weitzlux.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHEILA BEER**  represented by  **ELLEN RELKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EXACTECH, INC.**

**Defendant**

**EXACTECH, U.S., INC.**

**Defendant**

**TPG, INC.**

**Defendant**

**OSTEON HOLDINGS, INC.**

**Defendant**

**OSTEON MERGER SUB, INC.**

**Defendant**

**OSTEON INTERMEDIATE HOLDINGS II, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2023 | 1 | COMPLAINT against EXACTECH, INC., EXACTECH, U.S., INC., OSTEON HOLDINGS, INC., OSTEON INTERMEDIATE HOLDINGS II, INC., OSTEON MERGER SUB, INC., TPG, INC. ( Filing and Admin fee $ 402 receipt number ANJDC–14149613) with JURY DEMAND, filed by SHEILA BEER, JOSEF BEER. (Attachments: # 1 Civil Cover Sheet)(RELKIN, ELLEN) (Entered: 03/13/2023) |
| 03/13/2023 | | Judge Zahid N. Quraishi and Magistrate Judge Rukhsanah L. Singh added. (mlh) (Entered: 03/13/2023) |
| 03/13/2023 | 2 | SUMMONS ISSUED as to EXACTECH, INC., EXACTECH, U.S., INC., OSTEON HOLDINGS, INC., OSTEON INTERMEDIATE HOLDINGS II, INC., OSTEON MERGER SUB, INC., and TPG, INC.. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (mlh) (Entered: 03/13/2023) |
| 04/20/2023 | 3 | Order of MDL Panel (CTO–26) transferring case to the Eastern District of New York. (jjc) (Entered: 04/20/2023) |