**EXHIBIT A**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(BROOKLYN)**

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION | No.: 1:22-md-03044-NGG-MMH |
| *This Document Relates to:* Josef Beer et al. v. Exactech, Inc. et al. 1:23-cv-02956-NGG-MMH | MDL No. 3044 |

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. I certify that on  05/11/2023 , I served a true and correct copy of document(s) entitled:

1. SUMMONS IN A CIVIL ACTION;

2. COMPLAINT;

3. CIVIL COVER SHEET

on Exactech, Inc. and Exactech U.S., Inc. at Exactech.service@faegredrinker.com pursuant to the Electronic Service Order that was entered on January 25, 2023.

Date: 05/11/2023

/s/Ellen Relkin
[Plaintiffs' Counsel Signature]